Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| | | | |
|---|---|---|---|
| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
| CASE NUMBER | 99 C 7428 | DATE | 5/3/2001 |
| CASE TITLE | Kinesoft vs. Softbank | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due ______.

(3) ☐ Answer brief to motion due______. Reply to answer brief due______.

(4) ☐ Ruling/Hearing on ______ set for ______ at ______.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on ______ set for ______ at ______.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on ______ set for ______ at ______.

(7) ☐ Trial[set for/re-set for] on ______ at ______.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to ______ at ______.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m) ☐ General Rule 21 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Telephone status conference held. The parties report that a settlement has been reached, which the parties are in the process of reducing to writing. The final pretrial conference set for 05/10/01 is stricken, and instead the matter is set for a status conference on 05/10/01 at 10:30 a.m. for the presentation of a stipulation to dismiss pursuant to settlement. If the stipulation is presented prior to 05/10/01, then no appearance will be required.

(11) ☐ [For further detail see order (on reverse side of/attached to) the original minute order.]

| | | | |
|---|---|---|---|
| | No notices required, advised in open court. | number of notices | Document Number |
| | No notices required. | MAY 03 2001 date docketed | 78 |
| ✓ | Notices mailed by judge's staff. | docketing deputy initials | |
| | Notified counsel by telephone. | 5/3/2001 date mailed notice | |
| | Docketing to mail notices. | JJK77 mailing deputy initials | |
| | Mail AO 450 form. | | |
| | Copy to judge/magistrate judge. | | |

JJK courtroom deputy's initials

Date/time received in central Clerk's Office