Minute Order Form (06/97)

JS-6

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 99 C 7428 | **DATE** | 5/8/2001 |
| **CASE TITLE** | Kinesoft Development Company vs. Softbank Holdings Inc. and Ronald D. Fischer | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
     ☐ FRCP4(m)   ☐ General Rule 21   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] **ENTER STIPULATION AND ORDER OF DISMISSAL.** The case is dismissed with prejudice, with each party to bear its own costs, including attorneys' fees.

.(11) ■ [For further detail see order attached to the original minute order.]

| | | | |
|---|---|---|---|
| | No notices required, advised in open court. | | **Document Number** |
| | No notices required. | number of notices | |
| ✓ | Notices mailed by judge's staff. | MAY 0 9 2001 date docketed | 79 |
| | Notified counsel by telephone. | | |
| | Docketing to mail notices. | docketing deputy initials | |
| | Mail AO 450 form. | 5/8/2001 date mailed notice | |
| | Copy to judge/magistrate judge. | | |
| JJK | courtroom deputy's initials | Date/time received in central Clerk's Office | JJK mailing deputy initials |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KINESOFT DEVELOPMENT CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 99 C 7428 |
| ) | |
| SOFTBANK HOLDINGS INC. and ) | Magistrate Judge Schenkier |
| RONALD D. FISHER, ) | (Consent) |
| ) | |
| Defendants. ) | |

FILED
MAY 08 2001
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

DOCKETED
MAY 0 9 2001

## STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED, CONSENTED AND AGREED by and between the parties, by their undersigned attorneys, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, that all claims and counterclaims asserted in this action are hereby dismissed with prejudice, with each party to bear its own costs, including attorneys' fees.

Dated: Chicago, Illinois
May 8, 2001

| KINESOFT DEVELOPMENT CORP. | SOFTBANK HOLDINGS, INC. and RONALD D. FISHER |
|---|---|
| By: /s/ Carl E. Volz | By: /s/ Marc D. [illegible] |
| One of Its Attorneys | One of Its Attorneys |
| Weston W. Marsh | Paula E. Litt |
| Carl E. Volz | Schopf & Weiss |
| Freeborn & Peters | 312 West Randolph Street, Suite 300 |
| 311 S. Wacker Drive | Chicago, Illinois 60606 |
| Suite 3000 | (312) 701-9300 |
| Chicago, Illinois 60606-6677 | Fax: (312) 701-9335 |
| (312) 360-6000 | |
| Fax: (312) 360-6575 | |



David H. Braff
Marc De Leeuw
Jeffrey T. Scott
Sullivan & Cromwell
125 Broad Street
New York, New York 10004
(212) 558-4000
Fax: (212) 558-3588

SO ORDERED:

_____
United States Magistrate Judge